**Order entered August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00976-CV

**ACE CASH EXPRESS, INC., Appellant**

**V.**

**SENTHILKUMAR RAMANATH, ET AL., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01709-2014**

## ORDER

We **GRANT** the motion of Tonya Lebo, Certified Court Reporter, for an extension of time to file the reporter's record. The reporter's record shall be filed **on or before AUGUST 25, 2014**. We caution Tonya Lebo that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Tonya Lebo, Indu Bailey, Official Court Reporter of the 219th Judicial District Court of Collin County, Texas, and all counsel of record.

/s/     ADA BROWN
JUSTICE